UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE CHRISTENSEN | : | CIVIL ACTION NO.: 3:12CV677 |
| | : | |
| VS. | : | |
| | : | |
| JONATHAN L. HAYNES and | : | |
| MATTHEW N. ENGEL | : | MAY 4, 2012 |

## C O M P L A I N T

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is an adult citizen of the United States, born in 1954, who resides in Canton, Connecticut.

4. During all times mentioned in this action, the defendants were officers in the Police Department of Avon, Connecticut, acting in their official capacities. They are sued, however, only in their individual capacities.

5. During all times mentioned in this Complaint, the defendants were

acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other. Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendant but each defendant failed and refused to perform such duty, thereby proximately causing the injuries herein complained of.

7. At approximately 7:37 p.m. on November 16, 2009, at 9 Sunrise Drive, Avon, Connecticut, the defendants arrested the plaintiff.

8. At the said time and place, the defendants subjected the plaintiff to brutal and unreasonable force, beating him about the body and firing electronic TASER darts into his body several times. As a result, the plaintiff suffered severe bruising, pain, terror, and a fracture of the glenoid inferior and also scapular body. There was no justification or excuse for so brutal an application of force under the circumstances.

9. In the manner described above, the defendants subjected the plaintiff to unreasonable force in the course of an arrest, in violation of the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendants and

each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

        THE PLAINTIFF

BY:      /s/
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax:  203.776.9494
      jrw@johnrwilliams.com
      His Attorney