United States District Court
District of Connecticut
FILED AT BRIDGEPORT
2-4 2014
Roberta D. Tabora, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GEORGE CHRISTENSEN
Plaintiff

v.            3:12cv677(WIG)

JONATHAN L. HAYNES
MATTHEW N. ENGEL
Defendants

## JUDGMENT

This matter came on before the Honorable William I. Garfinkel, United States Magistrate Judge after a Consent to Proceed Before a U.S. Magistrate was entered on September 11, 2013. On February 4, 2014 after deliberation, the jury returned a verdict for the defendants Jonathan L. Haynes and Matthew N. Engel and against George Christensen.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 4th day of February 2014.

ROBERTA D. TABORA, CLERK

By /s/ Janet Barrille
Deputy Clerk

Entered on Docket: 02/04/2014